WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ARLENE ELENO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIGOBERTO ANDRADE, and DOES 1 TO 10,<br><br>　　　　Defendant. | Case No. 8:18-cv-00545-AG-JC<br><br>**ORDER TO REMAND MATTER TO STATE COURT**<br><br>Complaint Filed:　02/14/18<br>Discovery Cutoff:　None Set<br>Motion Cutoff:　None Set<br>Trial Date:　None Set |

## **ORDER**

It is hereby ORDERED that the instant matter be REMANDED to Department C-24 in the Orange County Superior Court of California, Central Justice Center, where said matter is known as Arlene Eleno v. Rigoberto Andrade, Case No. 30-2018-00973519-CU-PA-CJC.

Dated: __4/27/18__

_____
UNITED STATES DISTRICT COURT JUDGE
ANDREW J GUILFORD

LEGAL:05580-0198/9032942.1

-1-

ORDER TO REMAND TO STATE COURT